SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 29 2006
J.T. NOBLIN, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

PEARSON      .                                                      PLAINTIFF

VERSUS                              CIVIL ACTION NO. 4:06cv75TSL-JMR

UNION SECURITY                                                      DEFENDANT

## ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket,

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to all parties. If any party fails to consummate this settlement within (30) days, any aggrieved party may reopen the case for enforcement of the settlement agreement within ten days, and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement, The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED, this the 28 day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE